STATE OF OHIO        )
                     ) SS:                                    1:19MJ2120
COUNTY OF CUYAHOGA )

**UNITED STATES POSTAL INSPECTION SERVICE**

I, BRYON GREEN, DO HEREBY DEPOSE AND SAY:

I am a United States Postal Inspector and have been so employed since October 2006, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 12 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

Your Affiant knows based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances. Your Affiant knows based on training and experience that U.S. Postal Service Priority Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, control dispatch times and locations, and have a guarantee of delivery in two to three days.

On June 13, 2019, your Affiant was contacted by Parma, Ohio Police and advised they had received information that narcotics were being shipped, via U.S. Postal Service, to 5380 Regency Dr. Parma, OH 44129.

On June 16, 2019, your Affiant identified in Postal Service databases U. S. Postal Service Priority Mail parcel bearing tracking no. 9505510830379165346682 addressed to Justin Losinak, 5380 Regency Dr. Parma, OH 44129 bearing a return address of B. Johnston, 506 Hickory, Parkersburg, WV 26101 as a suspected drug parcel based on several factors including but not limited to method of mailing and size.

On June 17, 2019, your Affiant recovered the subject parcel from the Parma, Ohio Post Office. The subject parcel is further described as white Priority Mail box, weighing approximately .5 pounds. The subject parcel was mailed on June 14, 2019 from Parkersburg, WV 26101.

The subject parcel did not require a signature for delivery. Signature waivers are commonly used on drug parcels so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

Your Affiant made inquiries with Clear, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, and was unable to associate the names Justin Losinak at 5380 Regency Dr. Parma, OH 44129 or B. Johnston at 506 Hickory, Parkersburg, WV 26101 in Clear.

Your Affiant knows based on his training and experience, that individuals using the U. S. Mails for the purpose of transporting controlled substances will often place fictitious address and/or name information, different variations of their names, names of deceased individuals, or no names at all on these parcels to conceal their true identities from law enforcement should the parcel be seized.

On June 17, 2019, the subject parcel was subjected to "Ciga", a narcotic detection canine handled by your Affiant of the Cuyahoga County Sheriff's Department, at the Postal Inspection Service Cleveland Field Office. Ciga gave a positive alert on the subject parcel. According to Detective Twombly, this positive alert meant Ciga detected the odor of an illegal drug emanating from the parcel.

Detective Twombly has been State Certified as a Narcotics Canine handler and he and narcotics canine Ciga have worked together since 2013. Detective Twombly and canine Ciga were both certified in October 2018 by the Ohio Peace Officers Training Academy (OPOTA) and the North American Police Work Dog Association (NAPWDA) in October 2018. Detective Twombly and canine Ciga have both completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. During this time, Ciga was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methlyenedioxyethlamphamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts. According to Detective Twombly, Ciga is a reliable K-9 assist unit.

Your Affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

Based on the information contained herein, your Affiant maintains there is probable cause to believe that the U. S. Postal Service Priority Mail parcel bearing tracking no. 9505510830379165346682 addressed to Justin Losinak, 5380 Regency Dr. Parma, OH 44129 bearing a return address of B. Johnston, 506 Hickory, Parkersburg, WV 26101 contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

_____
BRYON GREEN
POSTAL INSPECTOR

On June 17, 2019, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

_____
DAVID A. RUIZ
U. S. MAGISTRATE JUDGE